

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Nos.  CR-01-0149-MJJ |
| | ) | CR-04-0083-MJJ |
| Plaintiff, | ) | |
| | ) | ORDER MAKING CASE |
| vs. | ) | ELIGIBLE FOR ECF FILING |
| | ) | |
| DAVID GEORGE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

This matter having come before the Court upon the Stipulation of the parties and the Court being advised,

IT IS ORDERED that all future filings in these cases be accomplished through the use of ECF filing pursuant to its requirements and the General Orders of this Court.

Dated: September 28, 2006

_____
UNITED STATES DISTRICT JUDGE

IT IS SO STIPULATED:

Dated: September 28, 2006

_____
GREGORY W. LOWDER
JAMES SHOD
Asst. U.S. Attorneys

Dated: September 28, 2006

_____
WILLIAM OSTERHOUDT
RICHARD MAZER
Attorneys for Defendant
James Hill

1

```
 1
 2  Dated: September 28, 2006        _____
 3                                    GAIL SHIFMAN
                                      MICHAEL BURT
 4                                    Attorneys for Defendant
                                      David George
 5
 6  Dated: September 28, 2006        _____
                                      J. FRANK McCABE
 7                                    Attorney for Defendant
                                      Trearl Malone
 8
 9                                   _____
10  Dated: September ___, 2006        IAN LOVESETH
                                      Attorney for Defendant
11                                    Kenyana Jones
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                                                    2
```