1  ROBERT WAGGENER - SBN: 118450
   LAW OFFICE OF ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, California  94103
3  Phone:        (415) 431-4500
   Fax:          (415) 255-8631
4  E-Mail:       rwlaw@mindspring.com

5  Attorney for Defendant ACIE MATHEWS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 01 0149 PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO TERMINATE SUPERVISED RELEASE** |
| v. | |
| ACIE MATHEWS, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by the parties that:

1. Defendant Acie Mathews' supervised release in the above-entitled case be terminated.  Defendant has been on supervised release for over three years and any prior tolling of the imposed three-year period of supervised release is no longer necessary.

   This agreement by the parties is based upon the fact that Mr. Mathews' Santa Clara County charges (Santa Clara County Superior Court No. BB 731197) dating back to December 21, 2007, have now been resolved as misdemeanors with continuing supervision, and that Mr. Mathews has been on supervised release in the present case for over three years without any other issues of non-compliance with his release conditions.

\\\\

\\\\

\\\\

    2.   The future court date of July 8, 2009 at 2:00 p.m. be vacated and that no further calendaring of the matter is necessary.

**STIPULATED AND AGREED TO:**

Dated: June 10, 2009

/S/
ROBERT WAGGENER
Attorney for Defendant
ACIE MATHEWS

Dated: June 10, 2009

/S/
JONATHAN SCHMIDT
Assistant United States Attorney

Dated: June 10, 2009

/S/
MARK MESSNER
United States Probation

**IT IS HEREBY ORDERED** that the supervised release of defendant Acie Mathews is terminated based upon the stipulation of the parties, and that the future court date of July 8, 2009, at 2:00 p.m. for Mr. Mathews be vacated.

Dated: 06/12/09

PHYLLIS J. HAMILTON
United States District Judge

*[Signature and seal: Judge Phyllis J. Hamilton, United States District Court, Northern District of California]*

STIPULATION & ORDER TO TERMINATE
SUPERVISED RELEASE                                     2